1  **STEPHEN D. DEMIK**
California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5030
Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Alfonso Fuentes, Jr.

6

7

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   CASE NO. 08MJ8314
                                     )
11                Plaintiff,         )
                                     )
12  v.                               )
                                     )   **NOTICE OF APPEARANCE**
13  ALFONSO FUENTES, JR.             )
                                     )
14                                   )
                Defendant.           )
15  _____  )

16          Pursuant to implementation of the CM/EMF procedures in the Southern District of

17  California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

18  attorney in the above-captioned case.

19                                        Respectfully submitted,

20

21  Dated:  April 10, 2008                   */s/ STEPHEN D. DEMIK*_____
                                          Federal Defenders of San Diego, Inc.
22                                        Attorneys for Defendant
                                          Stephen_Demik@fd.org
23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  April 10, 2008

 /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)